FILED

MAR 2 7 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

I, Brian Torrez, Task Force Officer, Drug Enforcement Administration (DEA), Hampton, Virginia, being duly sworn, state the following:

1.    I have been a Task Force Officer of the DEA for more than two years, and I am currently assigned to the Norfolk District Office, Hampton, Virginia Post of Duty. As a DEA Task Force Officer, I have both conducted and assisted with numerous investigations of individuals involved in the trafficking of narcotics and the laundering of drug proceeds. I am also a Detective with the Newport News Police Department and have been so employed for approximately the last seven years, serving as a uniformed police officer patrolling high drug concentration areas for approximately three years and as a plainclothes/undercover Detective for approximately three years, before being selected to become a DEA Task Force Officer. As a Detective, I've conducted and assisted with investigations of state and federal drug trafficking crimes.

2.    I have probable cause to believe that Cesar RODRIGUEZ, Luis Andres VALENCIA-Renteria and Yunier RENTERIA-Rentaria have committed the following offense in violation of federal law: Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503). Your affiant is aware these crimes may be prosecuted in any district of the United States. (46 U.S.C. § 70504).

### PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

3.    Since November 2018, members of the DEA Hampton Post of Duty, in partnership with DEA Bogota, HSI Norfolk and Coast Guard Investigative Services, have been investigating maritime smuggling operations based on the Pacific coast of Colombia. Your affiant is aware that drug trafficking organizations will utilize vessels such as Go-Fast Vessels,

(hereafter referred to as GFV), to transport multi-hundred-kilogram shipments of narcotics from the west coast of Colombia to awaiting transfer vessels or destinations throughout Central America or Mexico with the final destination being the United States for distribution.

4.     On March 17, 2023, a maritime patrol aircraft located a target of interest, described as a 30-foot opened hulled GFV with two Suzuki 250hp outboard engines, approximately 206 nautical miles southeast of the Galapagos Islands. The USS Farragut, with a United States Coast Guard (USCG) Law Enforcement Detachment Team (LEDET) aboard, was patrolling nearby and diverted to intercept the GFV. The maritime patrol aircraft departed the area because of fuel concerns while the USS Farragut launched a helicopter that located the GFV in international waters. The LEDET Team observed packages as well as fuel barrels on aboard the GFV and no indicia of nationality.

5.     A USCG small boat arrived in the area but experienced mechanical problems. The crew of the GFV observed the presence of law enforcement and began to jettison the packages. The helicopter obtained video of the jettison and marked the jettison field with smoke floats as the GFV attempted to flee the area. The USCG small boat got back underway, recovered one of the jettisoned packages and pursued the GFV. Disabling fire from the helicopter stopped the GFV while a second USCG small boat began to recover the jettisoned packages.

6.     After gaining positive control of the GFV a USCG boarding team encountered Cesar RODRIGUEZ, Luis Andres VALENCIA-Renteria and Yunier RENTERIA-Rentaria, while the second small boat recovered numerous bales containing approximately 1,504 kilograms of a substance that field tested positive for cocaine, a Schedule II controlled substance, from the ocean. No claim of nationality was made by the crew of the GFV, no flag was flown

and neither a home port nor registration documents were located. All three mariners found aboard the GFV were detained and are being transferred to the Eastern District of Virginia for prosecution.

WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Cesar RODRIGUEZ, Luis Andres VALENCIA-Renteria and Yunier RENTERIA-Rentaria with Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503).

FURTHER YOUR AFFIANT SAYETH NOT.

Reviewed by:

Eric M. Hurt
Assistant United States Attorney

Brian Torrez, Task Force Officer
Drug Enforcement Administration

Sworn and subscribed to
before me on this
26th day of March 2023

Lawrence R. Leonard
United States Magistrate Judge
Norfolk, Virginia