

FILED
IN OPEN COURT

AUG -3 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 4:23CR36 |
| | ) | |
| LUIS ANDRES VALENCIA-RENTERIA, | ) | |
| | ) | |
| Defendant. | ) | |

## STATEMENT OF FACTS

Comes now the United States and offers to the court that had the above-styled matter proceeded to trial the United States would have proven the following facts beyond a reasonable doubt.

1.      Since November 2018, members of the DEA Hampton Post of Duty, in partnership with DEA Bogota, Homeland Security Investigations Norfolk and Coast Guard Investigative Services, have been investigating maritime smuggling operations based on the Pacific coast of Colombia.  Drug trafficking organizations will utilize vessels such as Go-Fast Vessels, (hereafter referred to as GFV), to transport multi-hundred-kilogram shipments of narcotics from the west coast of Colombia to awaiting transfer vessels or destinations throughout Central America or Mexico with the final destination being the United States for distribution.

2.      On March 17, 2023, a maritime patrol aircraft located a target of interest, described as a 30-foot opened hulled GFV with two Suzuki 250hp outboard engines, approximately 206 nautical miles southeast of the Galapagos Islands.  The USS Farragut, with a United States Coast Guard (USCG) Law Enforcement Detachment Team (LEDET) aboard, was patrolling nearby and diverted to intercept the GFV.  The maritime patrol aircraft departed the

area because of fuel concerns while the USS Farragut launched a helicopter that located the GFV in international waters. The LEDET Team observed packages as well as fuel barrels on aboard the GFV and no indicia of nationality.

3.      A USCG small boat arrived in the area but experienced mechanical problems. The crew of the GFV observed the presence of law enforcement and began to jettison the packages. The helicopter obtained video of the jettison and marked the jettison field with smoke floats as the GFV attempted to flee the area. The USCG small boat got back underway, recovered one of the jettisoned packages and pursued the GFV. Disabling fire from the helicopter stopped the GFV while a second USCG small boat began to recover the jettisoned packages.

4.      After gaining positive control of the GFV a USCG boarding team encountered CESAR RODRIGUEZ, LUIS ANDRES VALENCIA-RENTERIA and YUNIER RENTERIA-RENTARIA, while the second small boat recovered numerous bales containing approximately 1,504 kilograms of a substance that field tested positive for cocaine, a Schedule II controlled substance, from the ocean. No claim of nationality was made by the crew of the GFV, no flag was flown and neither a home port nor registration documents were located. All three mariners found aboard the GFV were detained and were transferred to the Eastern District of Virginia for prosecution.

Respectfully submitted,
JESSICA D. ABER
UNITED STATES ATTORNEY

Eric M. Hurt
Assistant United States Attorney

2

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, LUIS ANDRES VALENCIA-RENTERIA and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
LUIS ANDRES VALENCIA-RENTERIA

I am LUIS ANDRES VALENCIA-RENTERIA's attorney, and I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, the decision to stipulate to these facts is an informed and voluntary one.

_____
Michael P. Jones
Attorney for LUIS ANDRES VALENCIA-RENTERIA

3